**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DESHAWN LEE, | : | No. 88 WM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE COURT OF COMMON PLEAS OF | : | |
| ALLEGHENY COUNTY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 18th day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for a Writ of Mandamus is DENIED.